No. 85–1500. ACOSTA *v.* LOUISIANA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL., *ante*, p. 251;

No. 85–1876. COMSIA *v.* MAGNONE ET AL., *ante*, p. 1006;

No. 85–1965. IN RE GAUNCE, *ante*, p. 1003;

No. 85–5319. DARDEN *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 477 U. S. 168;

No. 85–5990. MONTGOMERY *v.* SEITER ET AL., 476 U. S. 1160;

No. 85–6022. CHURCH *v.* KINCHELOE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, *ante*, p. 1022;

No. 85–6541. SPANN *v.* CLARK, 475 U. S. 1143;

No. 85–6671. ROBERTS *v.* AIKEN, WARDEN, ET AL., *ante*, p. 1022;

No. 85–6748. WILLIAMS *v.* ILLINOIS, *ante*, p. 1022;

No. 85–6877. MIDWIFE *v.* TUCSON CITIZEN NEWSPAPER ET AL., *ante*, p. 1007; and

No. 85–6899. IN RE FISHER, *ante*, p. 1003. Petitions for rehearing denied.

SEPTEMBER 4, 1986

No. A–161 (86–5379). WATSON *v.* BLACKBURN, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending the disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court. JUSTICE O'CONNOR took no part in the consideration or decision of this application.

SEPTEMBER 11, 1986

No. A–87 (86–5436). GLASS *v.* BLACKBURN, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.